IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00853-RPM

CHARLES W. MCCLURE,

    Plaintiff,

v.

TOWN OF CENTER; and
JULIO PAEZ, individually and in his official capacity as Trustee for the Town of Center;
MARK GARCIA, individually, and in his official capacity as Town Clerk for the Town of Center; and
SUSAN BANNING; and
PEGGY MARTINEZ,

    Defendants.

_____

ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE AND
GRANTING MOTION TO VACATE SCHEDULING/PLANNING CONFERENCE AND
RELATED CASE DEADLINES
_____

    Upon reassignment of this case, it is

    ORDERED that the Order of Reference to United States Magistrate Judge [2] entered on April 5, 2011, is vacated, and it is

    FURTHER ORDERED that the Unopposed Motion to Vacate Scheduling/Planning Conference and Related Case Deadlines [24] is granted.

    DATED:  June 15th, 2011

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge