**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    February 21, 2012
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No.  11-cv-00853-RPM

CHARLES W. MCCLURE,                                              Bryan E. Kuhn

       Plaintiff,

v.

TOWN OF CENTER; and                                             Christopher J. Shannon
JULIO PAEZ, individually and
in his official capacity as Trustee for the Town of Center;
MARK GARCIA, individually, and
in his official capacity as Town Clerk for the Town of Center; and
SUSAN BANNING; and
PEGGY MARTINEZ,

       Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**11:30 a.m.      Court in session.**

Court's preliminary remarks.

Argument by Mr. Kuhn [41] (depositions).

**ORDERED: Defendants' Motion for Protective Order [41] is granted.  Depositions to be taken in Alamosa, CO.**

**ORDERED:     Plaintiff's Motion to Compel and for Sanctions [40], is denied as to requests for admissions.**

Statements by Mr. Shannon regarding the underlying litigation (depositions) and answers questions regarding case facts (personnel file, termination and discovery (computer)).
**Court instructs Mr. Shannon to ascertain and disclose information and materials as discussed on record.**

February 21, 2012
11-cv-00853-RPM

Mr. Kuhn answers questions asked by the court regarding case facts and discovery (time records, termination, computer(s) and records).

**ORDERED:**   **Information concerning plaintiff's work computer will be ascertained and disclosed by defendants as instructed on record.**
**Plaintiff shall seek information regarding the retirement account from the plan administrator (Invesco).**
**Deposition transcripts from underlying litigation shall be retrieved from counsel of record in the action.**
**Motions [40] and [41] resolved as stated on record.**

Discussion regarding sequence of depositions.

**ORDERED:**   **Only deponents and counsel shall be present during depositions.**

11:52 **a.m.**   **Court in recess.**

Hearing concluded.  Total time: 22  min.

2