IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00853-RPM

CHARLES W. MCCLURE,

      Plaintiff,

v.

TOWN OF CENTER; and
JULIO PAEZ, individually and in his official capacity as Trustee for the Town of Center;
MARK GARCIA, individually, and in his official capacity as Town Clerk for the Town of Center; and
SUSAN BANNING; and
PEGGY MARTINEZ,

      Defendants.

___

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2
___

      The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

      ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

      DATED: July 24th, 2012

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior Judge