## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                         September 13, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 11-cv-00853-RPM

CHARLES W. MCCLURE, an individual,                              Bryan E. Kuhn

      Plaintiff,

v.

TOWN OF CENTER, a Colorado statutory town;                Christopher J. Shannon
JULIO PAEZ, individually and
in his official capacity as Trustee for the Town of Center;
MARK GARCIA, individually and
in his official capacity as Town Clerk for the Town of Center and
SUSAN BANNING individually; and
PEGGY MARTINEZ, individually,

      Defendant.

_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**9:50 a.m.         Court in session.**

Court's preliminary remarks and states its understanding of the case issues.

Argument by Mr. Shannon.

Argument by Mr. Kuhn.

**Court's oral findings of fact and conclusions of law as stated on record.**

**ORDERED:**     Defendants' Motion for Partial Summary Judgment and to Dismiss Remaining Claims [49], is granted with respect to all of the Federal Claims for Relief and the remaining State Law Claims for Relief are dismissed without prejudice.

                Plaintiff's Motion for Relief From Discovery Violations [52], is denied.

                Plaintiff's Motion for Leave to File an Amended Complaint [53], is denied.

**10:15 a.m.        Court in recess.**   Hearing concluded.  Total time: 25 min.