IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00853-RPM

CHARLES W. MCCLURE,

      Plaintiff,

v.

TOWN OF CENTER; and
JULIO PAEZ, individually and in his official capacity as Trustee for the Town of Center;
MARK GARCIA, individually, and in his official capacity as Town Clerk for the Town of   Center; and
SUSAN BANNING; and
PEGGY MARTINEZ,

      Defendants.

---

ORDER GRANTING SUMMARY JUDGEMENT FOR DISMISSAL OF THE FIRST, SECOND, SIXTH AND NINTH CLAIMS FOR RELIEF AND FOR DISMISSAL WITHOUT PREJUDICE OF THE REMAINING CLAIMS

---

      Pursuant to the hearing held today on the Defendants' Motion for Partial Summary Judgment and to Dismiss Remaining Claims [49] and after consideration of the papers filed in support and opposition to that motion and the arguments of counsel, based on the findings made of record that the plaintiff's employment with Town of Center was as Town Clerk, an at will position which did not provide any property rights of continued employment and that the Town's contribution to a retirement account with an investment company does not constitute a plan subject to ERISA and that as Town Clerk, the plaintiff was an exempt employee not entitled to overtime compensation under the FLSA and that with the dismissal of the federal claims, there is no basis for exercising supplemental jurisdiction of the remaining state law claims, and it is

      ORDERED that the Clerk will enter judgment for the defendants on the first, second, sixth and ninth claims for relief and it is

      FURTHER ORDERED that the third, fourth, fifth, seventh, eighth and tenth claims for relief are dismissed without prejudice for lack of jurisdiction.

      DATED: September 13th , 2012

                                            BY THE COURT:

                                            s/ Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge