IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00853-RPM

CHARLES W. MCCLURE,

      Plaintiff,

v.

TOWN OF CENTER; and
JULIO PAEZ, individually and in his official capacity as Trustee for the Town of Center;
MARK GARCIA, individually, and in his official capacity as Town Clerk for the Town of   Center; and
SUSAN BANNING; and
PEGGY MARTINEZ,

      Defendants.

---

## JUDGMENT

---

Pursuant to the Order Granting Summary Judgement for Dismissal of the First, Second, Sixth and Ninth Claims for Relief and for Dismissal Without Prejudice of the Remaining Claims, signed by Senior District Judge Richard P. Matsch on September 13, 2012, it is

ORDERED that judgment is entered in favor of the defendants on the first, second, sixth and ninth claims for relief and it is

FURTHER ORDERED that the third, fourth, fifth, seventh, eighth and tenth claims for relief are dismissed without prejudice for lack of jurisdiction and it is

FURTHER ORDERED that the defendants shall have their costs by the filing of a bill of costs with the Clerk of this court within 14 days of entry of judgment and it is

FURTHER ORDERED that the complaint and this civil action are dismissed.

DATED: September 13, 2012

                                                    FOR THE COURT:
                                                    Jeffrey P. Colwell, Clerk

                                                         s/ J. Chris Smith
                                       By: _____
                                                          Deputy Clerk